# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GUY DIMAURO and BRIAN POTTER,**

    Plaintiffs,

v.                                              Case No: 8:23-cv-866-MSS-TGW

**CHECKMATE PIZZA, LLC,**

    Defendant.

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 8), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 25th day of May 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party